■ In the Matter of ROBERT C. GEBHARDT, an Attorney, Resignor. [916 NYS2d 538]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Green and Martoche, JJ. (Filed Jan. 3, 2011.)

■ In the Matter of STEPHEN A. JUSTINO, an Attorney, Resignor. [916 NYS2d 538]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Green and Martoche, JJ. (Filed Jan. 3, 2011.)

■ In the Matter of WILLIAM V. MONOPOLI, an Attorney, Resignor. [916 NYS2d 538]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Green and Martoche, JJ. (Filed Jan. 3, 2011.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN GARCIA, Appellant. [915 NYS2d 883]—Motion for reargument denied. Present—Scudder, P.J., Smith, Sconiers and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLAUDE R. GIGUERE, Appellant. [915 NYS2d 883]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Fahey, Peradotto, Lindley and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DUDLEY HARRIS, Appellant. [915 NYS2d 883]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Peradotto, Lindley, Sconiers and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISMAEL SALADEEN, Appellant. [915 NYS2d 883]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Centra, Green and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES J. FISHER, Appellant. (Appeal No. 1.) [922 NYS2d 219]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Green and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES J. FISHER, Appellant. (Appeal No. 2.) [915 NYS2d 883]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Green and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRELL DAVENPORT, Appellant. [915 NYS2d 883]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Green and Martoche, JJ.